# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TERREN LALLANDE

NO. 2021 KW 1586

**MARCH 14, 2022**

---

In Re:    Terren Lallande, applying for supervisory writs, 20th
          Judicial District Court, Parish of East Feliciana, No.
          21-CR-305.

---

**BEFORE:    GUIDRY, HOLDRIGE, AND CHUTZ, JJ.**

**WRIT DENIED.**

JMG
GH
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT